B1 (Official Form 1)(12/11)

| United States Bankruptcy Court<br>**Northern District of Illinois** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Harn, Kevin R** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-8292** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |

| Street Address of Debtor (No. and Street, City, and State):<br>**44532 N Flansburg Rd**<br>**Lena, IL**<br><br>ZIP Code **61048** | Street Address of Joint Debtor (No. and Street, City, and State):<br><br>ZIP Code |
|---|---|
| County of Residence or of the Principal Place of Business:<br>**Stephenson** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br><br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIP Code |

| Location of Principal Assets of Business Debtor<br>(if different from street address above): |
|---|

**Type of Debtor**
(Form of Organization) (Check one box)
- ■ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ☐ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ■ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity**
(Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts**
(Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(12/11)                                                                                    Page 2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Harn, Kevin R** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____<br>    Signature of Attorney for Debtor(s)          (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(12/11)                                                                              Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Harn, Kevin R** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Kevin R Harn**
Signature of Debtor  **Kevin R Harn**

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

**November 30, 2012**
Date

### Signature of Attorney*

X **/s/ Bernard J. Natale**
Signature of Attorney for Debtor(s)

**Bernard J. Natale 2018683**
Printed Name of Attorney for Debtor(s)

**Bernard J. Natale, Ltd**
Firm Name

**6833 Stalter Dr., Suite 201**
**Rockford, IL 61108**

_____
Address

**Email: natalelaw@bjnatalelaw.com**
**(815) 964-4700  Fax: (815) 316-4646**
Telephone Number

**November 30, 2012**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## Northern District of Illinois

In re **Kevin R Harn**

Debtor(s)

Case No. _____

Chapter **7**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.                                                                                    Page 2

     ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

     ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

     ☐ Active military duty in a military combat zone.

     ☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:    **/s/ Kevin R Harn**
                       **Kevin R Harn**

Date:    **November 30, 2012**

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
### Northern District of Illinois

In re   **Kevin R Harn**                                                    ,   Case No. _____

                                            Debtor          Chapter _____ **7**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 613,500.00 | | |
| B - Personal Property | Yes | 4 | 208,374.50 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | 871,017.57 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 4 | | 18,921.95 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 15 | | 3,285,012.51 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 7 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 7,043.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 8,038.69 |
| Total Number of Sheets of ALL Schedules | | 38 | | | |
| Total Assets | | | 821,874.50 | | |
| Total Liabilities | | | | 4,174,952.03 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court

## Northern District of Illinois

In re    **Kevin R Harn**                                   ,       Case No. _____

                                         Debtor

Chapter _____ **7** _____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

■ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

.

In re    **Kevin R Harn**                                                                    ,    Case No. _____
                                                                    Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Location: 44532 N Flansburg Rd, Lena IL 61048** | **Tenants by the Entirety** | J | 575,000.00 | 519,694.55 |
| **9976 Battlepoint Trail NW Federal Dam, MN 56641** | **Tenants In Common** | C | 38,400.00 | 310,419.40 |
| **Tenants in common with Randy & Joyce David @ 50%, Alan & Rowan Harn @ 25%, Kevin and Julie Harn @ 25%** | | | | |
| **Lot 16-19 ,Lake Carroll, IL (not buildable, access lot only)** | **Joint tenant** | J | 100.00 | 0.00 |

|  |  |  |
|---|---|---|
| Sub-Total > | 613,500.00 | (Total of this page) |
| Total > | 613,500.00 | |

**0** continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

In re    **Kevin R Harn**
,                                    Case No. _____
Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Midwest Bank - checking (account in name of Kilt Lifter, LLC @ $600)** | H | 600.00 |
| | | **State Bank of Freeport - checking (overdrawn)** | J | 0.00 |
| | | **Vanguard - money market fund** | J | 932.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | | **Normal complement of household goods** | J | 2,500.00 |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | | **Normal complement of clothing** | H | 250.00 |
| 7.  Furs and jewelry. | | **Wedding ring** | H | 150.00 |
| 8.  Firearms and sports, photographic, and other hobby equipment. | | **1 shotgun, 1 pistol, 1 rifle** | H | 500.00 |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **AIG - universal life (spouse is beneficiary)** | H | 5,000.00 |
| | | **AIG - universal life (spouse is beneficiary)** | H | 1,500.00 |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >            **11,432.00**
(Total of this page)

___3___   continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Kevin R Harn**                                                                   ,    Case No. _____

Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **Central Laborers Welfare Fund - defined benefit** | **H** | **Unknown** |
| | | **Northwestern Mutual - IRA** | **H** | **78,000.00** |
| | | **Savant -IRA** | **H** | **77,000.00** |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **Harn Construction Company (50% with brother, Alan Harn)(ceased operations 12/31/2011)** | **-** | **0.00** |
| | | **In Depth Excavating, LLC (joint with brother, Alan Harn)(ceased operations 2006)** | **-** | **0.00** |
| | | **Freeport Rentals, LLC (subsidiary of Harn Construction Company owned jointly with Bobcat of Rockford)(ceased operations 12/31/2011)** | **-** | **0.00** |
| | | **Kiltlifter, LLC (Kiltlifter, LLC owns 1/3 interest in Full Tilt, LLC who has contingent arbitration claim against Tilted Kilt Franchise Operations "TKFO, LLC". If successful, after payment of fees, costs and LLC debt, Kiltlifter's interest may be $700,000)** | **H** | **Unknown** |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |

Sub-Total >    **155,000.00**
(Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com

B6B (Official Form 6B) (12/07) - Cont.

In re     **Kevin R Harn**
_____,        Case No. _____
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **Possible claim against State Bank of Freeport for failure to release mortgage** | - | **Unknown** |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2007 Chevy Silverado** | J | **17,250.00** |
| | | **2011 Chevy Equinox** | J | **20,000.00** |
| | | **2000 Buick LaSabre** | J | **2,000.00** |
| 26. Boats, motors, and accessories. | | **1998 Hurricane Fundeck boat and motor (joint with brother, Alan Harn)** | J | **1,250.00** |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **Home computer and laptop** | J | **50.00** |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |

Sub-Total >        **40,550.00**
(Total of this page)

Sheet __**2**__ of __**3**__ continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Kevin R Harn**                                                    ,    Case No. _____
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 30. Inventory. | X | | | |
| 31. Animals. | | **1 dog** | **W** | 20.00 |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | **CRP contract (payable Oct 1, 2013)** | **J** | 995.00 |
| | | **State Bank of Freeport (joint checking for MN real estate)** | **J** | 2.50 |
| | | **Misc cabin furnishings** | **J** | 375.00 |

Sub-Total >    **1,392.50**
(Total of this page)
Total >    **208,374.50**

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                    Best Case Bankruptcy

B6C (Official Form 6C) (4/10)

.

In re  **Kevin R Harn**
_____ ,  Case No. _____
                        Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:     ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                        $146,450. *(Amount subject to adjustment on 4/1/13, and every three years thereafter*
☐ 11 U.S.C. §522(b)(2)                                                 *with respect to cases commenced on or after the date of adjustment.)*
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** | | | |
| **Location: 44532 N Flansburg Rd, Lena IL 61048** | **735 ILCS 5/12-901** | **15,000.00** | **575,000.00** |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| **Midwest Bank - checking (account in name of Kilt Lifter, LLC @ $600)** | **735 ILCS 5/12-1001(b)** | **568.00** | **600.00** |
| **Vanguard - money market fund** | **735 ILCS 5/12-1001(b)** | **932.00** | **1,864.00** |
| **Household Goods and Furnishings** | | | |
| **Normal complement of household goods** | **735 ILCS 5/12-1001(b)** | **2,500.00** | **5,000.00** |
| **Wearing Apparel** | | | |
| **Normal complement of clothing** | **735 ILCS 5/12-1001(a)** | **250.00** | **250.00** |
| **Interests in Insurance Policies** | | | |
| **AIG - universal life (spouse is beneficiary)** | **215 ILCS 5/238** | **5,000.00** | **5,000.00** |
| **AIG - universal life (spouse is beneficiary)** | **215 ILCS 5/238** | **1,500.00** | **1,500.00** |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** | | | |
| **Central Laborers Welfare Fund - defined benefit** | **735 ILCS 5/12-1006** | **100%** | **Unknown** |
| **Northwestern Mutual - IRA** | **735 ILCS 5/12-1006** | **78,000.00** | **78,000.00** |
| **Savant -IRA** | **735 ILCS 5/12-1006** | **77,000.00** | **77,000.00** |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| **2007 Chevy Silverado** | **735 ILCS 5/12-1001(c)** | **2,400.00** | **17,250.00** |

                                                         Total:      **183,150.00**      **761,464.00**

__0__  continuation sheets attached to Schedule of Property Claimed as Exempt

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                    Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re  **Kevin R Harn**
_____,   Case No. _____
                          Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W J | C | | | | | | |
| Account No. **xxxxxxx4690**<br><br>**Ally**<br>PO Box 9001951<br>Louisville, KY 40290-1951 | X | - | | 2011<br><br>Purchase Money Security<br><br>2011 Chevy Equinox | | | | | |
| | | | | Value $            20,000.00 | | | | 22,303.20 | 2,303.20 |
| Account No. **xxxxxxxxx0403**<br><br>**Chase Auto Finance**<br>PO Box 9001801<br>Louisville, KY 40290-1801 | X | - | | 2011<br><br>Purchase Money Security<br><br>2007 Chevy Silverado | | | | | |
| | | | | Value $            17,250.00 | | | | 17,079.12 | 0.00 |
| Account No. **x5635**<br><br>**Northwest Bank of Rockford**<br>3106 N. Rockton<br>Rockford, IL 61103 | X | - | | 2009<br><br>First Mortgage<br><br>Location: 44532 N Flansburg Rd, Lena IL 61048 | | | | | |
| | | | | Value $           575,000.00 | | | | 401,942.07 | 0.00 |
| Account No. **x6006**<br><br>**Northwest Bank of Rockford**<br>3106 N. Rockton<br>Rockford, IL 61103 | X | - | | 05/12/2009<br>First Mortgage<br>9976 Battlepoint Trail NW<br>Federal Dam, MN 56641<br>Tenants in common with Randy & Joyce David @ 50%, Alan & Rowan Harn @ 25%, Kevin and Julie Harn @ 25% | | | | | |
| | | | | Value $           320,000.00 | | | | 292,000.00 | 0.00 |

**  1** _____ continuation sheets attached

Subtotal
(Total of this page)

| | |
|---|---|
| 733,324.39 | 2,303.20 |

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com

B6D (Official Form 6D) (12/07) - Cont.

In re   **Kevin R Harn** _____,    Case No. _____
                                           Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br>**State Bank of Freeport** <br>**1713 S. Dirck Drive** <br>**Freeport, IL 61032** | - | | 07/21/2009 <br><br>**Second Mortgage (Disputed)** <br><br>Location: 44532 N Flansburg Rd, Lena IL 61048 (Note balance @ $433,000 but mortgage may not exceed 107,000) <br> Value $     **575,000.00** | | | X | **107,000.00** | **0.00** |
| Account No. **x3834** <br><br>**State Bank of Freeport** <br>**1713 S. Dirck Drive** <br>**Freeport, IL 61032** | X | | 05/12/2009 <br>**Second Mortgage** <br>**9976 Battlepoint Trail NW** <br>**Federal Dam, MN 56641** <br>Tenants in common with Randy & Joyce David @ 50%, Alan & Rowan Harn @ 25%, Kevin and Julie Harn @ 25% <br> Value $     **320,000.00** | | | | **18,419.40** | **0.00** |
| Account No. **x4101** <br><br>**State Bank of Freeport** <br>**1713 S. Dirck Drive** <br>**Freeport, IL 61032** | X - | | 2010 <br><br>**Purchase Money Security** <br><br>**2000 Buick LaSabre** <br><br> Value $     **2,000.00** | | | | **1,521.30** | **0.00** |
| Account No. <br><br>**Stephenson County Treasurer** <br>**15 N. Galena Avenue** <br>**Freeport, IL 61032** | X | J | 2011 <br><br>**Tax Lien** <br><br>Location: 44532 N Flansburg Rd, Lena IL 61048 <br> Value $     **575,000.00** | | | | **10,752.48** | **0.00** |
| Account No. <br><br><br><br> | | | <br><br><br><br> Value $ | | | | | |

Sheet  **1**  of  **1**  continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | | |
|---|---|---|
| Subtotal <br> (Total of this page) | **137,693.18** | **0.00** |
| Total <br> (Report on Summary of Schedules) | **871,017.57** | **2,303.20** |

B6E (Official Form 6E) (4/10)

In re   **Kevin R Harn**
_____,   Case No. _____
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

■ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

_* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment._

**3** _____ continuation sheets attached

B6E (Official Form 6E) (4/10) - Cont.

In re   **Kevin R Harn**                                                          ,          Case No. _____
                                          **Debtor**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Contributions to employee benefit plans**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **BAC Local 06 Illinois** 661 Southrock Drive Rockford, IL 61102 | X | - | Trade Debt Business | | | X | 16.00 | 16.00 | 0.00 |
| Account No. **Bricklayers Int'l Pension Fund** 620 F Street NW Dept 237 Washington, DC 20004 | X | - | Trade Debt Business | | | X | 22.80 | 22.80 | 0.00 |
| Account No. **Carpenters Benefit Funds of IL** PO Box 4001 Geneva, IL 60134-4001 | X | - | Trade Debt Business | | | X | 3,478.10 | 3,478.10 | 0.00 |
| Account No. **Construction Industry Welf Funds** PO Box 71031 Chicago, IL 60694-1031 | X | - | Trade Debt Business | | | X | 7,461.54 | 7,461.54 | 0.00 |
| Account No. **IW #498 Central Depositor** Dept. 59912 Milwaukee, WI 53259-0912 | X | - | Trade Debt Business | | | X | 156.00 / 0.00 | | 156.00 |

Sheet __1__ of __3__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal: 10,978.44
(Total of this page): 11,134.44 / 156.00

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com          Best Case Bankruptcy

B6E (Official Form 6E) (4/10) - Cont.

In re   **Kevin R Harn**
                                                                                        ,        Case No. _____
                                          **Debtor**

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Contributions to employee benefit plans**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | Trade Debt | | | | | |
| **IW #498 Health & Welfare Fund c/o Mutual Medical of Rockford 5640 Sockness Drive Rockford, IL 61109** | X | - | Business | | | X | 128.00 | 128.00 |
| | | | | | | | 128.00 | 0.00 |
| Account No. | | | Trade Debt | | | | | |
| **IW #498 JATC 5640 Sockness Drive Rockford, IL 61109** | X | - | Business | | | X | 15.20 | 15.20 |
| | | | | | | | 15.20 | 0.00 |
| Account No. | | | Trade Debt | | | | | |
| **IW Local #498 5640 Sockness Drive Rockford, IL 61109** | X | - | Business | | | X | 39.20 | 39.20 |
| | | | | | | | 39.20 | 0.00 |
| Account No. | | | Trade Debt | | | | | |
| **Laborer's Int'l Union 112 South Street Utica, NY 13501** | X | - | Business | | | X | 0.00 | 0.00 |
| | | | | | | | 240.00 | 240.00 |
| Account No. | | | Trade Debt | | | | | |
| **Mid-America Pension - Local #498 2350 E. 170th Street Lansing, IL 60438** | X | - | Business | | | X | 0.00 | 0.00 |
| | | | | | | | 127.44 | 127.44 |

| | | | |
|---|---|---|---|
| Sheet __2__ of __3__ continuation sheets attached to | | Subtotal | 182.40 |
| Schedule of Creditors Holding Unsecured Priority Claims | | (Total of this page) | 549.84 |  367.44 |

B6E (Official Form 6E) (4/10) - Cont.

In re    **Kevin R Harn**                                                          ,    Case No. _____
                                                      Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Contributions to employee benefit plans**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | Trade Debt | | | | | |
| N. Central IL Laborers' Health PO Box 9090 Peoria, IL 61612-9090 | X | - | Business | | | X | | 6,670.08 |
| | | | | | | | 6,670.08 | 0.00 |
| Account No. | | | Trade Debt | | | | | |
| OPCMIA #11 1102 Rail Drive Woodstock, IL 60098 | X | - | Business | | | X | | 0.00 |
| | | | | | | | 567.59 | 567.59 |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |

Sheet  **3**   of  **3**   continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | 6,670.08 | |
| | 7,237.67 | 567.59 |
| Total | 17,830.92 | |
| (Report on Summary of Schedules) | 18,921.95 | 1,091.03 |

B6F (Official Form 6F) (12/07)

In re    **Kevin R Harn** _____,    Case No. _____
                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | |
| Account No. | | | | | Services | | | | |
| Aero Computing, Inc. 120 E. Clark Street Freeport, IL 61032 | X | - | | | Business | | | X | 42.50 |
| Account No. | | | | | Trade Debt | | | | |
| Alber Towing & Recovery Auto Service Center 128 E. Douglas Street Freeport, IL 61032 | X | - | | | Business | | | X | 55.00 |
| Account No. | | | | | Trade Debt | | | | |
| Allied PO Box 10479 Des Moines, IA 50391-2176 | X | - | | | Business | | | X | 7,402.34 |
| Account No. | | | | | Trade Debt | | | | |
| Barcol Door Company, Inc. 5902 Material Ave P.O. Box 2577 Loves Park, IL 61111 | X | - | | | Business | | | X | 2,295.09 |

__14__  continuation sheets attached

Subtotal
(Total of this page)      **9,794.93**

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re    **Kevin R Harn**
_____,    Case No. _____
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Best Specialties, Inc.**<br>**11811 W. Dixon Street**<br>**Milwaukee, WI 53214** | X | - | Trade Debt<br><br>Business | | | X | 14,150.00 |
| Account No.<br><br>**Bobcat of Rockford**<br>**5925 Wheller Road**<br>**Cherry Valley, IL 61016** | X | - | Trade Debt<br><br>Business | | | X | 70.32 |
| Account No. ...6348<br><br>**Cabela's Club Visa**<br>**World Foremost Bank**<br>**PO Box 82619**<br>**Lincoln, NE 68501-2519** | X | - | Credit Card<br><br>Personal | | | | 11,071.25 |
| Account No. ...1266<br><br>**Capital One**<br>**P.O. Box 30285**<br>**Salt Lake City, UT 84130-0285** | X | - | Credit Card<br><br>Business | | | X | 3,531.68 |
| Account No.<br><br>**CedarCliff Components, LLC**<br>**3310 Rt 26 South**<br>**Freeport, IL 61032** | X | - | Trade Debt<br><br>Business | | | X | 22.87 |

Sheet no. __1__ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

28,846.12

B6F (Official Form 6F) (12/07) - Cont.

In re    **Kevin R Harn**
_____,    Case No. _____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. ...3702<br><br>**Chase Disney Rewards**<br>P.O. Box 15153<br>Wilmington, DE 19886-5153 | X | W | | **Spouse Credit Card**<br><br>**Personal** | | | | 8,852.45 |
| Account No. ...5216<br><br>**Chase United Mileage Plus**<br>Cardmember Service<br>PO Box 15153<br>Wilmington, DE 19886-5153 | X | - | | **Credit Card**<br><br>**Personal** | | | | 10,967.85 |
| Account No.<br><br>**ComEd**<br>3 Lincoln Center<br>Attn: Bkcy Group-Claims Department<br>Oakbrook Terrace, IL 60181 | X | - | | **Services**<br><br>**Business** | | | X | 36.00 |
| Account No.<br><br>**Commonwealth Edison**<br>Attn: Bankruptcy Department<br>2100 Swift Drive<br>Oak Brook, IL 60523 | X | - | | **Services**<br><br>**Business** | | | X | 15.85 |
| Account No.<br><br>**ContrAcct Systems Corporation**<br>208 N. Washington Street<br>Naperville, IL 60540-4514 | X | - | | **Trade Debt**<br><br>**Business** | | | X | 935.00 |

Sheet no. __2__ of __14__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **20,807.15**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Kevin R Harn**                                              , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. | | | | Trade Debt | | | | |
| **Convey-All Materials, Inc.** **PO Box 417** **Byron, IL 61010** | X | - | | Business | | | X | |
| | | | | | | | | 1,912.25 |
| Account No. | | | | Trade Debt | | | | |
| **Davis Lumber** **PO Box 190** **Scales Mound, IL 61075** | X | - | | Business | | | X | |
| | | | | | | | | 44.71 |
| Account No. **...1931** | | | | Credit Card | | | | |
| **Discover Financial Services** **PO Box 6103** **Carol Stream, IL 60197-6103** | | - | | Personal | | | | |
| | | | | | | | | 4,706.77 |
| Account No. | | | | Trade Debt | | | | |
| **Equipment Depot of Illinois** **Department 6059** **Carol Stream, IL 60122-6059** | X | - | | Business | | | X | |
| | | | | | | | | 597.27 |
| Account No. **xxxxxx0522** | | | | Personal Liability Insurance | | | | |
| **Erie Insurance Exchange** **100 Erie Insurance Place** **Erie, PA 16530** | | - | | Personal | | | X | |
| | | | | | | | | 228.00 |

Sheet no. __3__ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

7,489.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **Kevin R Harn**
_____,        Case No. _____
                            Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx1333**<br><br>**Erie Insurance Exchange**<br>**100 Erie Insurance Place**<br>**Erie, PA 16530** | | - | **Auto Insurance**<br><br>**Personal** | | | | **677.75** |
| Account No. **xxxxxx1213**<br><br>**Erie Insurance Exchange**<br>**100 Erie Insurance Place**<br>**Erie, PA 16530** | | - | **Homeowner's Insurance**<br><br>**Personal** | | | | **1,428.00** |
| Account No.<br><br>**Executive Plaster**<br>**7707 Forest Hills Road**<br>**Loves Park, IL 61111** | X | - | **Trade Debt**<br><br>**Business** | | | X | **2,000.00** |
| Account No.<br><br>**Fastenal Company**<br>**PO Box 978**<br>**Winona, MN 55987-0978** | X | - | **Trade Debt**<br><br>**Business** | | | X | **66.58** |
| Account No. **xxxxx4592**<br><br>**FHN Memorial Hospital**<br>**Central Business Office**<br>**PO Box 857**<br>**Freeport, IL 61032** | | - | **Medical**<br><br>**Personal** | | | | **191.00** |

Sheet no. _**4**__ of _**14**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal | |
| (Total of this page) | **4,363.33** |

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                                                     Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Kevin R Harn**
_____,    Case No. _____
                                Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. **xxxxx8374**<br><br>**FHN Memorial Hospital**<br>**Central Business Office**<br>**PO Box 857**<br>**Freeport, IL 61032** | - | | | **Medical**<br><br>**Personal** | | | | 4,820.00 |
| Account No. **xxxxx5024**<br><br>**FHN Memorial Hospital**<br>**Central Business Office**<br>**PO Box 857**<br>**Freeport, IL 61032** | - | | | **Medical**<br><br>**Personal** | | | | 7,784.14 |
| Account No. **xxxxx3025**<br><br>**FHN Memorial Hospital**<br>**Central Business Office**<br>**PO Box 857**<br>**Freeport, IL 61032** | - | | | **Medical**<br><br>**Personal** | | | | 218.45 |
| Account No. **xxxxx2544**<br><br>**FHN Memorial Hospital**<br>**Central Business Office**<br>**PO Box 857**<br>**Freeport, IL 61032** | - | | | **Medical**<br><br>**Personal** | | | | 833.45 |
| Account No. **xxxxx5129**<br><br>**FHN Memorial Hospital**<br>**Central Business Office**<br>**PO Box 857**<br>**Freeport, IL 61032** | - | | | **Medical**<br><br>**Personal** | | | | 310.85 |

Sheet no. __5__ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **13,966.89**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Kevin R Harn**
_____ ,
Debtor

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **xxxxx4494**<br><br>**FHN Physician Services**<br>**PO Box 268**<br>**Freeport, IL 61032** | | - | | **Medical**<br><br>**Personal** | | | | **1,276.60** |
| Account No.<br><br>**FNH Ready Mix, Inc.**<br>**PO Box 747**<br>**Freeport, IL 61032** | X | - | | **Trade Debt**<br><br>**Business** | | | X | **1,534.36** |
| Account No.<br><br>**Freeport Health Network**<br>**Central Business Office**<br>**PO Box 268**<br>**Freeport, IL 61032** | X | - | | **Trade Debt**<br><br>**Business** | | | X | **191.00** |
| Account No.<br><br>**Freeport Truck**<br>**1676 S. Baileyville Road**<br>**Freeport, IL 61032** | X | - | | **Trade Debt**<br><br>**Business** | | | X | **105.00** |
| Account No.<br><br>**Frontier**<br>**P.O. Box 2951**<br>**Phoenix, AZ 85062** | X | - | | **Trade Debt**<br><br>**Business** | | | X | **202.76** |

Sheet no. __6___ of __14___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**3,309.72**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Kevin R Harn**                                          ,          Case No. _____
                            Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Trade Debt | | | | |
| **Hilti, Inc.** **PO Box 382002** **Pittsburgh, PA 15250-8002** | X | - | | | Business | | | X | 1,610.93 |
| Account No. ...6766 | | | | | Credit Card | | | | |
| **HSBC Customer Center** **PO Box 80082** **Salinas, CA 93912-0082** | X | - | | | Personal | | | | 8,298.03 |
| Account No. | | | | | Trade Debt | | | | |
| **Litgen Concrete Cutting & Coring Co** **1020 Nerge Road** **Elk Grove Village, IL 60007** | X | - | | | Business | | | X | 760.00 |
| Account No. | | | | | Trade Debt | | | | |
| **Loescher Heating and AC, FBE** **1860 S. Walnut Avenue** **Freeport, IL 61032** | X | - | | | Business | | | X | 1,442.32 |
| Account No. | | | | | Trade Debt | | | | |
| **Loescher Heating and Air Condition** **1860 S. Walnut Avenue** **Freeport, IL 61032** | X | - | | | Business | | | X | 705.26 |

Sheet no. __7__ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

12,816.54

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                                          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re     **Kevin R Harn**
                                                                    ,          Case No. _____
                                  Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Loyd Ivey**<br>**1 Mitek Plaza**<br>**Winslow, IL 61089** | X | - | **Loan**<br><br>**Business** | | | | 826,825.99 |
| Account No. ...0443<br><br>**MasterCard Business Card**<br>**Cardmember Service**<br>**PO Box 790408**<br>**Saint Louis, MO 63179-0408** | X | - | **Harn Construction Credit Card**<br><br>**Business** | | | X | 38,678.30 |
| Account No.<br><br>**McMahon Associates, Inc.**<br>**1700 Hutchins Road**<br>**Machesney Park, IL 61115** | X | - | **Trade Debt**<br><br>**Business** | | | X | 804.19 |
| Account No.<br><br>**Menards**<br>**Lincoln Mall**<br>**W. Galena Avenue**<br>**Freeport, IL 61032** | X | - | **Trade Debt**<br><br>**Business** | | | X | 318.48 |
| Account No.<br><br>**Midwest Diesel Repair, LLC**<br>**1331 Robert Drive**<br>**Freeport, IL 61032** | X | - | **Trade Debt**<br><br>**Business** | | | X | 102.20 |

Sheet no. __8__ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

866,729.16

B6F (Official Form 6F) (12/07) - Cont.

In re    **Kevin R Harn**                                                                                    ,    Case No. _____
_____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Mldwest Heavy Truck Repair, Inc.**<br>**11584 W. Grove Road**<br>**Forreston, IL 61030-9620** | X | - | Trade Debt<br>Business | | | X | 3,567.61 |
| Account No.<br>**Mitek Corporation**<br>**One Mitek Plaza**<br>**Winslow, IL 61089** | X | - | Trade Debt<br>Business | | | X | 4,500.00 |
| Account No.<br>**Montgomery Trucking Inc.**<br>**PO Box 6081**<br>**Galena, IL 61036-6081** | X | - | Trade Debt<br>Business | | | X | 1,009.63 |
| Account No.<br>**Moring, Inc.**<br>**12705 N. Mount Vernon Road**<br>**Baileyville, IL 61007-9727** | X | - | Services<br>Business | | | X | 2,100.00 |
| Account No.<br>**Napa Auto Parts - Dixon**<br>**713 N. Galena Avenue**<br>**Dixon, IL 61021** | X | - | Trade Debt<br>Business | | | X | 0.00 |

Sheet no. __9__ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**11,177.24**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Kevin R Harn**                                      ,  Case No. _____
                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Trade Debt | | | | |
| **Napa Auto Parts - Freeport** PO Box 5066 Rockford, IL 61125-0066 | X | - | Business | | | X | 0.00 |
| Account No. | | | Services | | | | |
| **Nexus Office Systems** 898 Featherstone Road Rockford, IL 61107-5908 | X | - | Business | | | X | 600.99 |
| Account No. | | | Services | | | | |
| **O'Reilly Automotive** P.O. Box 790098 St. Louis, MO 63179 | X | - | Business | | | X | 1,058.53 |
| Account No. | | | Trade Debt | | | | |
| **Rock River Ready Mix** 2320 S. Galena Avenue Dixon, IL 61021-9608 | X | - | Business | | | X | 2,500.00 |
| Account No. | | | Trade Debt | | | | |
| **Rockford Cement Products** 315 Peoples Avenue Rockford, IL 61104 | X | - | Business | | | X | 135.40 |

Sheet no. __10__ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

4,294.92

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Kevin R Harn** _____ ,   Case No. _____
                                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Rockford Industrial Welding Supply** <br>**4646 Linden Road** <br>**PO Box 5404** <br>**Rockford, IL 61125-0404** | X | - | Trade Debt <br><br>Business | | | X | 439.69 |
| Account No. **xxR030** <br><br>**Rogers Ready-Mix & Materials** <br>**5510 S. Mulford Road** <br>**Rockford, IL 61109** | X | - | Trade Debt <br><br>Business | | | X | 650.65 |
| Account No. <br><br>**Ruhl & Ruhl, Inc.** <br>**700 Putnam Building** <br>**215 N. Main Street** <br>**Davenport, IA 52801** | X | - | Trade Debt <br><br>Business | | | X | 6,237.00 |
| Account No. <br><br>**Security Builders Supply** <br>**10 Stone Hill Road** <br>**PO Box 910** <br>**Oswego, IL 60543** | X | - | Trade Debt <br><br>Business | | | X | 67,000.45 |
| Account No. **...5450** <br><br>**Slumberland Furniture** <br>**Wells Fargo Financial** <br>**PO Box 10475** <br>**Des Moines, IA 50306** | | - | Credit Card <br><br>Personal | | | | 1,877.26 |

Sheet no. __11__ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**76,205.05**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Kevin R Harn** , Case No. _____

Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Spahn & Rose Lumber Co.**<br>**419 S. Main Street**<br>**Pearl City, IL 61062** | X | - | **Trade Debt**<br><br>**Business** | | | X | 35.45 |
| Account No. ...1986 <br><br>**State Bank Cardmember Service**<br>**PO Box 790408**<br>**Saint Louis, MO 63179-0408** | | - | **Credit Card**<br><br>**Personal** | | | | 4,657.02 |
| Account No. **Various** <br><br>**State Bank of Freeport**<br>**c/o Anthony V. Coon**<br>**10 N. Galena Avenue, Suite 210**<br>**Freeport, IL 61032** | X | - | **Guaranteed Loans**<br><br>**Business** | | | | 1,072,350.43 |
| Account No. <br><br>**State Bank of Freeport**<br>**1713 S. Dirck Drive**<br>**Freeport, IL 61032** | X | - | **TK Louisville, LLC auto loan - Debtor possible personal guarantor**<br><br>**Business** | X | X | X | 7,117.24 |
| Account No. <br><br>**State Bank of Freeport**<br>**1713 S. Dirck Drive**<br>**Freeport, IL 61032** | X | - | **Construction Loan re Full Tilt, LLC - Debtor possible personal guarantor**<br><br>**Business** | X | X | X | 1,087,953.05 |

Sheet no. __12__ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,172,113.19

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Kevin R Harn**
_____ ,          Case No. _____
                                Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Trade Debt | | | | |
| Stephenson Service Company 410 S. Hancock Avenue PO Box 917 Freeport, IL 61032 | X | - | | Business | | | X | 715.41 |
| Account No. | | | | Trade Debt | | | | |
| Sterling Commercial Roofing PO Box 502 Sterling, IL 61081 | X | - | | Business | | | X | 1,980.00 |
| Account No. | | | | Trade Debt | | | | |
| T.D. Kurtz Glass 1101 First Avenue Rock Falls, IL 61071 | X | - | | Business | | | X | 23,000.00 |
| Account No. | | | | Personal guarantee of franchise obligation | | | | |
| Tilted Kilt Franchise Operations 664 W. Warner Road Tempe, AZ 85284 | X | - | | | | X | | Unknown |
| Account No. | | | | Trade Debt | | | | |
| Top Block and Brick 84 Frentress Lake Road East Dubuque, IL 61025 | X | - | | Business | | | X | 410.28 |

| | | |
|---|---|---|
| Sheet no. __13__ of __14__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 26,105.69 |

B6F (Official Form 6F) (12/07) - Cont.

In re   **Kevin R Harn**                                    Case No. _____
                                  ,
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. ...4463 | | | Collection on behalf of CitiBank, N.A. MasterCard account | | | | |
| United Collection Bureau, Inc. 5620 Southwyck Blvd. - Suite 206 Toledo, OH 43614 | | - | Personal | | | | 8,644.64 |
| Account No. ...5766 | | | Fult Tilt LLC Credit Card | | | | |
| Visa Platinum Business Card PO Box 790408 Saint Louis, MO 63179-0408 | X | - | Business | | | X | 18,348.94 |
| Account No. | | | | | | | |
| | | | | | | | |
| Account No. | | | | | | | |
| | | | | | | | |
| Account No. | | | | | | | |
| | | | | | | | |

Sheet no. __14__ of __14__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  **26,993.58**

Total (Report on Summary of Schedules)  **3,285,012.51**

B6G (Official Form 6G) (12/07)

.

In re    **Kevin R Harn**
_____,     Case No. _____
                          Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
| --- | --- |
| **OLDSUP, LLC**<br>**270 S. Limestone**<br>**Lexington, KY 40508** | **Guarantee of lease for commercial property for TK Louisville, LLC** |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com

B6H (Official Form 6H) (12/07)

.

In re    **Kevin R Harn**                                                      ,      Case No. _____

                                                        Debtor

# SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Alan & Rowan Harn**<br>**1471 W Becker School Rd**<br>**Freeport, IL 61032** | **Northwest Bank of Rockford**<br>**3106 N. Rockton**<br>**Rockford, IL 61103** |
| **Alan & Rowan Harn**<br>**1471 W Becker School Rd**<br>**Freeport, IL 61032** | **State Bank of Freeport**<br>**1713 S. Dirck Drive**<br>**Freeport, IL 61032** |
| **Billy Shroyer, Jr**<br>**924 Woodside Drive**<br>**Freeport, IL 61032** | **State Bank of Freeport**<br>**1713 S. Dirck Drive**<br>**Freeport, IL 61032** |
| **Billy Shroyer, Jr**<br>**924 Woodside Drive**<br>**Freeport, IL 61032** | **Tilted Kilt Franchise Operations**<br>**664 W. Warner Road**<br>**Tempe, AZ 85284** |
| **Full Tilt, LLC**<br>**1 Mitek Plaza**<br>**Winslow, IL 61089** | **State Bank of Freeport**<br>**1713 S. Dirck Drive**<br>**Freeport, IL 61032** |
| **Full Tilt, LLC**<br>**1 Mitek Plaza**<br>**Winslow, IL 61089** | **Loyd Ivey**<br>**1 Mitek Plaza**<br>**Winslow, IL 61089** |
| **Full Tilt, LLC**<br>**1 Mitek Plaza**<br>**Winslow, IL 61089** | **State Bank of Freeport**<br>**c/o Anthony V. Coon**<br>**10 N. Galena Avenue, Suite 210**<br>**Freeport, IL 61032** |
| **Full Tilt, LLC**<br>**1 Mitek Plaza**<br>**Winslow, IL 61089** | **State Bank of Freeport**<br>**1713 S. Dirck Drive**<br>**Freeport, IL 61032** |
| **Full Tilt, LLC**<br>**1 Mitek Plaza**<br>**Winslow, IL 61089** | **Visa Platinum Business Card**<br>**PO Box 790408**<br>**Saint Louis, MO 63179-0408** |
| **Harn Construction Company**<br>**4532 Flansburg Road**<br>**Lena, IL 61048** | **State Bank of Freeport**<br>**1713 S. Dirck Drive**<br>**Freeport, IL 61032** |
| **Harn Construction Company**<br>**4532 Flansburg Road**<br>**Lena, IL 61048** | **Top Block and Brick**<br>**84 Frentress Lake Road**<br>**East Dubuque, IL 61025** |

**6**

_____ continuation sheets attached to Schedule of Codebtors

In re    **Kevin R Harn**                                                    ,    Case No. _____
_____
Debtor

## SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Harn Construction Company**<br>**4532 Flansburg Road**<br>**Lena, IL 61048** | **Aero Computing, Inc.**<br>**120 E. Clark Street**<br>**Freeport, IL 61032** |
| **Harn Construction Company**<br>**4532 Flansburg Road**<br>**Lena, IL 61048** | **Alber Towing & Recovery**<br>**Auto Service Center**<br>**128 E. Douglas Street**<br>**Freeport, IL 61032** |
| **Harn Construction Company**<br>**4532 Flansburg Road**<br>**Lena, IL 61048** | **Allied**<br>**PO Box 10479**<br>**Des Moines, IA 50391-2176** |
| **Harn Construction Company**<br>**4532 Flansburg Road**<br>**Lena, IL 61048** | **Barcol Door Company, Inc.**<br>**5902 Material Ave**<br>**P.O. Box 2577**<br>**Loves Park, IL 61111** |
| **Harn Construction Company**<br>**4532 Flansburg Road**<br>**Lena, IL 61048** | **Best Specialties, Inc.**<br>**11811 W. Dixon Street**<br>**Milwaukee, WI 53214** |
| **Harn Construction Company**<br>**4532 Flansburg Road**<br>**Lena, IL 61048** | **Capital One**<br>**P.O. Box 30285**<br>**Salt Lake City, UT 84130-0285** |
| **Harn Construction Company**<br>**4532 Flansburg Road**<br>**Lena, IL 61048** | **CedarCliff Components, LLC**<br>**3310 Rt 26 South**<br>**Freeport, IL 61032** |
| **Harn Construction Company**<br>**4532 Flansburg Road**<br>**Lena, IL 61048** | **ComEd**<br>**3 Lincoln Center**<br>**Attn:  Bkcy Group-Claims Department**<br>**Oakbrook Terrace, IL 60181** |
| **Harn Construction Company**<br>**4532 Flansburg Road**<br>**Lena, IL 61048** | **Commonwealth Edison**<br>**Attn:  Bankruptcy Department**<br>**2100 Swift Drive**<br>**Oak Brook, IL 60523** |
| **Harn Construction Company**<br>**4532 Flansburg Road**<br>**Lena, IL 61048** | **ContrAcct Systems Corporation**<br>**208 N. Washington Street**<br>**Naperville, IL 60540-4514** |
| **Harn Construction Company**<br>**4532 Flansburg Road**<br>**Lena, IL 61048** | **Convey-All Materials, Inc.**<br>**PO Box 417**<br>**Byron, IL 61010** |
| **Harn Construction Company**<br>**4532 Flansburg Road**<br>**Lena, IL 61048** | **Davis Lumber**<br>**PO Box 190**<br>**Scales Mound, IL 61075** |

Sheet __1__ of __6__ continuation sheets attached to the Schedule of Codebtors

In re    **Kevin R Harn**_____,    Case No. _____
_____
Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Harn Construction Company**<br>**4532 Flansburg Road**<br>**Lena, IL 61048** | **Equipment Depot of Illinois**<br>**Department 6059**<br>**Carol Stream, IL 60122-6059** |
| **Harn Construction Company**<br>**4532 Flansburg Road**<br>**Lena, IL 61048** | **Fastenal Company**<br>**PO Box 978**<br>**Winona, MN 55987-0978** |
| **Harn Construction Company**<br>**4532 Flansburg Road**<br>**Lena, IL 61048** | **FNH Ready Mix, Inc.**<br>**PO Box 747**<br>**Freeport, IL 61032** |
| **Harn Construction Company**<br>**4532 Flansburg Road**<br>**Lena, IL 61048** | **Freeport Health Network**<br>**Central Business Office**<br>**PO Box 268**<br>**Freeport, IL 61032** |
| **Harn Construction Company**<br>**4532 Flansburg Road**<br>**Lena, IL 61048** | **Freeport Truck**<br>**1676 S. Baileyville Road**<br>**Freeport, IL 61032** |
| **Harn Construction Company**<br>**4532 Flansburg Road**<br>**Lena, IL 61048** | **Frontier**<br>**P.O. Box 2951**<br>**Phoenix, AZ 85062** |
| **Harn Construction Company**<br>**4532 Flansburg Road**<br>**Lena, IL 61048** | **Hilti, Inc.**<br>**PO Box 382002**<br>**Pittsburgh, PA 15250-8002** |
| **Harn Construction Company**<br>**4532 Flansburg Road**<br>**Lena, IL 61048** | **Litgen Concrete Cutting & Coring Co**<br>**1020 Nerge Road**<br>**Elk Grove Village, IL 60007** |
| **Harn Construction Company**<br>**4532 Flansburg Road**<br>**Lena, IL 61048** | **Loescher Heating and Air Condition**<br>**1860 S. Walnut Avenue**<br>**Freeport, IL 61032** |
| **Harn Construction Company**<br>**4532 Flansburg Road**<br>**Lena, IL 61048** | **McMahon Associates, Inc.**<br>**1700 Hutchins Road**<br>**Machesney Park, IL 61115** |
| **Harn Construction Company**<br>**4532 Flansburg Road**<br>**Lena, IL 61048** | **Menards**<br>**Lincoln Mall**<br>**W. Galena Avenue**<br>**Freeport, IL 61032** |
| **Harn Construction Company**<br>**4532 Flansburg Road**<br>**Lena, IL 61048** | **Midwest Diesel Repair, LLC**<br>**1331 Robert Drive**<br>**Freeport, IL 61032** |
| **Harn Construction Company**<br>**4532 Flansburg Road**<br>**Lena, IL 61048** | **Midwest Heavy Truck Repair, Inc.**<br>**11584 W. Grove Road**<br>**Forreston, IL 61030-9620** |

Sheet __**2**__ of __**6**__ continuation sheets attached to the Schedule of Codebtors

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

In re   **Kevin R Harn**                                                    ,   Case No. _____
                                         Debtor

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Harn Construction Company**<br>**4532 Flansburg Road**<br>**Lena, IL 61048** | **Mitek Corporation**<br>**One Mitek Plaza**<br>**Winslow, IL 61089** |
| **Harn Construction Company**<br>**4532 Flansburg Road**<br>**Lena, IL 61048** | **Montgomery Trucking Inc.**<br>**PO Box 6081**<br>**Galena, IL 61036-6081** |
| **Harn Construction Company**<br>**4532 Flansburg Road**<br>**Lena, IL 61048** | **Napa Auto Parts - Dixon**<br>**713 N. Galena Avenue**<br>**Dixon, IL 61021** |
| **Harn Construction Company**<br>**4532 Flansburg Road**<br>**Lena, IL 61048** | **Napa Auto Parts - Freeport**<br>**PO Box 5066**<br>**Rockford, IL 61125-0066** |
| **Harn Construction Company**<br>**4532 Flansburg Road**<br>**Lena, IL 61048** | **Nexus Office Systems**<br>**898 Featherstone Road**<br>**Rockford, IL 61107-5908** |
| **Harn Construction Company**<br>**4532 Flansburg Road**<br>**Lena, IL 61048** | **O'Reilly Automotive**<br>**P.O. Box 790098**<br>**St. Louis, MO 63179** |
| **Harn Construction Company**<br>**4532 Flansburg Road**<br>**Lena, IL 61048** | **Rockford Cement Products**<br>**315 Peoples Avenue**<br>**Rockford, IL 61104** |
| **Harn Construction Company**<br>**4532 Flansburg Road**<br>**Lena, IL 61048** | **Rockford Industrial Welding Supply**<br>**4646 Linden Road**<br>**PO Box 5404**<br>**Rockford, IL 61125-0404** |
| **Harn Construction Company**<br>**4532 Flansburg Road**<br>**Lena, IL 61048** | **Rogers Ready-Mix & Materials**<br>**5510 S. Mulford Road**<br>**Rockford, IL 61109** |
| **Harn Construction Company**<br>**4532 Flansburg Road**<br>**Lena, IL 61048** | **Ruhl & Ruhl, Inc.**<br>**700 Putnam Building**<br>**215 N. Main Street**<br>**Davenport, IA 52801** |
| **Harn Construction Company**<br>**4532 Flansburg Road**<br>**Lena, IL 61048** | **Security Builders Supply**<br>**10 Stone Hill Road**<br>**PO Box 910**<br>**Oswego, IL 60543** |
| **Harn Construction Company**<br>**4532 Flansburg Road**<br>**Lena, IL 61048** | **Spahn & Rose Lumber Co.**<br>**419 S. Main Street**<br>**Pearl City, IL 61062** |

Sheet __3__ of __6__ continuation sheets attached to the Schedule of Codebtors

In re    **Kevin R Harn**                                                    Case No. _____
                                                              ,
                                        Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| **Harn Construction Company**<br>**4532 Flansburg Road**<br>**Lena, IL 61048** | **Stephenson Service Company**<br>**410 S. Hancock Avenue**<br>**PO Box 917**<br>**Freeport, IL 61032** |
| **Harn Construction Company**<br>**4532 Flansburg Road**<br>**Lena, IL 61048** | **Sterling Commercial Roofing**<br>**PO Box 502**<br>**Sterling, IL 61081** |
| **Harn Construction Company**<br>**4532 Flansburg Road**<br>**Lena, IL 61048** | **T.D. Kurtz Glass**<br>**1101 First Avenue**<br>**Rock Falls, IL 61071** |
| **Harn Construction Company**<br>**4532 Flansburg Road**<br>**Lena, IL 61048** | **MasterCard Business Card**<br>**Cardmember Service**<br>**PO Box 790408**<br>**Saint Louis, MO 63179-0408** |
| **Harn Construction Company**<br>**4532 Flansburg Road**<br>**Lena, IL 61048** | **Bobcat of Rockford**<br>**5925 Wheller Road**<br>**Cherry Valley, IL 61016** |
| **Harn Construction Company**<br>**4532 Flansburg Road**<br>**Lena, IL 61048** | **Executive Plaster**<br>**7707 Forest Hills Road**<br>**Loves Park, IL 61111** |
| **Harn Construction Company**<br>**4532 Flansburg Road**<br>**Lena, IL 61048** | **Moring, Inc.**<br>**12705 N. Mount Vernon Road**<br>**Baileyville, IL 61007-9727** |
| **Harn Construction Company**<br>**4532 Flansburg Road**<br>**Lena, IL 61048** | **Rock River Ready Mix**<br>**2320 S. Galena Avenue**<br>**Dixon, IL 61021-9608** |
| **Harn Construction Company**<br>**4532 Flansburg Road**<br>**Lena, IL 61048** | **Loescher Heating and AC, FBE**<br>**1860 S. Walnut Avenue**<br>**Freeport, IL 61032** |
| **Harn Construction Company**<br>**4532 Flansburg Road**<br>**Lena, IL 61048** | **BAC Local 06 Illinois**<br>**661 Southrock Drive**<br>**Rockford, IL 61102** |
| **Harn Construction Company**<br>**4532 Flansburg Road**<br>**Lena, IL 61048** | **Bricklayers Int'l Pension Fund**<br>**620 F Street NW**<br>**Dept 237**<br>**Washington, DC 20004** |
| **Harn Construction Company**<br>**4532 Flansburg Road**<br>**Lena, IL 61048** | **Carpenters Benefit Funds of IL**<br>**PO Box 4001**<br>**Geneva, IL 60134-4001** |

Sheet __4__ of __6__ continuation sheets attached to the Schedule of Codebtors

In re    **Kevin R Harn**                                                    ,    Case No. _____
_____
                            Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| **Harn Construction Company**<br>**4532 Flansburg Road**<br>**Lena, IL 61048** | **Construction Industry Welf Funds**<br>**PO Box 71031**<br>**Chicago, IL 60694-1031** |
| **Harn Construction Company**<br>**4532 Flansburg Road**<br>**Lena, IL 61048** | **IW #498 Central Depositor**<br>**Dept. 59912**<br>**Milwaukee, WI 53259-0912** |
| **Harn Construction Company**<br>**4532 Flansburg Road**<br>**Lena, IL 61048** | **IW #498 Health & Welfare Fund**<br>**c/o Mutual Medical of Rockford**<br>**5640 Sockness Drive**<br>**Rockford, IL 61109** |
| **Harn Construction Company**<br>**4532 Flansburg Road**<br>**Lena, IL 61048** | **IW #498 JATC**<br>**5640 Sockness Drive**<br>**Rockford, IL 61109** |
| **Harn Construction Company**<br>**4532 Flansburg Road**<br>**Lena, IL 61048** | **IW Local #498**<br>**5640 Sockness Drive**<br>**Rockford, IL 61109** |
| **Harn Construction Company**<br>**4532 Flansburg Road**<br>**Lena, IL 61048** | **Laborer's Int'l Union**<br>**112 South Street**<br>**Utica, NY 13501** |
| **Harn Construction Company**<br>**4532 Flansburg Road**<br>**Lena, IL 61048** | **Mid-America Pension - Local #498**<br>**2350 E. 170th Street**<br>**Lansing, IL 60438** |
| **Harn Construction Company**<br>**4532 Flansburg Road**<br>**Lena, IL 61048** | **N. Central IL Laborers' Health**<br>**PO Box 9090**<br>**Peoria, IL 61612-9090** |
| **Harn Construction Company**<br>**4532 Flansburg Road**<br>**Lena, IL 61048** | **OPCMIA #11**<br>**1102 Rail Drive**<br>**Woodstock, IL 60098** |
| **Julie Harn**<br>**4532 N Flansburg Rd**<br>**Lena, IL 61048** | **Northwest Bank of Rockford**<br>**3106 N. Rockton**<br>**Rockford, IL 61103** |
| **Julie Harn**<br>**4532 N Flansburg Rd**<br>**Lena, IL 61048** | **Stephenson County Treasurer**<br>**15 N. Galena Avenue**<br>**Freeport, IL 61032** |
| **Julie Harn**<br>**4532 N Flansburg Rd**<br>**Lena, IL 61048** | **State Bank of Freeport**<br>**1713 S. Dirck Drive**<br>**Freeport, IL 61032** |
| **Julie Harn**<br>**4532 N Flansburg Rd**<br>**Lena, IL 61048** | **Northwest Bank of Rockford**<br>**3106 N. Rockton**<br>**Rockford, IL 61103** |

Sheet __5__ of __6__ continuation sheets attached to the Schedule of Codebtors

In re    **Kevin R Harn**                                              ,    Case No. _____
_____
                              Debtor

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| **Julie Harn**<br>**4532 N Flansburg Rd**<br>**Lena, IL 61048** | **Chase Auto Finance**<br>**PO Box 9001801**<br>**Louisville, KY 40290-1801** |
| **Julie Harn**<br>**4532 N Flansburg Rd**<br>**Lena, IL 61048** | **Ally**<br>**PO Box 9001951**<br>**Louisville, KY 40290-1951** |
| **Julie Harn**<br>**4532 N Flansburg Rd**<br>**Lena, IL 61048** | **State Bank of Freeport**<br>**1713 S. Dirck Drive**<br>**Freeport, IL 61032** |
| **Julie Harn**<br>**4532 N Flansburg Rd**<br>**Lena, IL 61048** | **HSBC Customer Center**<br>**PO Box 80082**<br>**Salinas, CA 93912-0082** |
| **Julie Harn**<br>**4532 N Flansburg Rd**<br>**Lena, IL 61048** | **Chase United Mileage Plus**<br>**Cardmember Service**<br>**PO Box 15153**<br>**Wilmington, DE 19886-5153** |
| **Julie Harn**<br>**4532 N Flansburg Rd**<br>**Lena, IL 61048** | **Cabela's Club Visa**<br>**World Foremost Bank**<br>**PO Box 82619**<br>**Lincoln, NE 68501-2519** |
| **Julie Harn**<br>**4532 N Flansburg Rd**<br>**Lena, IL 61048** | **Chase Disney Rewards**<br>**P.O. Box 15153**<br>**Wilmington, DE 19886-5153** |
| **Randy & Joyce David**<br>**25 Kesey Court**<br>**Algonquin, IL** | **Northwest Bank of Rockford**<br>**3106 N. Rockton**<br>**Rockford, IL 61103** |
| **Randy & Joyce David**<br>**25 Kesey Court**<br>**Algonquin, IL** | **State Bank of Freeport**<br>**1713 S. Dirck Drive**<br>**Freeport, IL 61032** |
| **TK Louisville, LLC**<br>**1 Mitek Plaza**<br>**Winslow, IL 61089** | **State Bank of Freeport**<br>**1713 S. Dirck Drive**<br>**Freeport, IL 61032** |

Sheet __6__ of __6__ continuation sheets attached to the Schedule of Codebtors

B6I (Official Form 6I) (12/07)

In re   **Kevin R Harn**                                                                          Case No. _____

                                          Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP(S):<br>**Daughter**<br>**Daughter** | AGE(S):<br>**15**<br>**18** |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Construction Consultant** | **Team Leader** |
| Name of Employer | **Self-Employed** | **FHN Central Business Office** |
| How long employed | **1 month** | **3 1/2 years** |
| Address of Employer | | **P.O. Box 268**<br>**Freeport, IL 61032** |

| INCOME: (Estimate of average or projected monthly income at time case filed) | | DEBTOR | | SPOUSE |
|---|---|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ | **4,728.00** | $ | **3,903.00** |
| 2. Estimate monthly overtime | $ | **0.00** | $ | **0.00** |
| 3. SUBTOTAL | $ | **4,728.00** | $ | **3,903.00** |
| 4. LESS PAYROLL DEDUCTIONS | | | | |
|    a. Payroll taxes and social security | $ | **853.00** | $ | **762.00** |
|    b. Insurance | $ | **0.00** | $ | **586.00** |
|    c. Union dues | $ | **326.00** | $ | **0.00** |
|    d. Other (Specify):   **Vacation** | $ | **456.00** | $ | **0.00** |
|              **Market Rec** | $ | **6.00** | $ | **0.00** |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ | **1,641.00** | $ | **1,348.00** |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | **3,087.00** | $ | **2,555.00** |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ | **0.00** | $ | **0.00** |
| 8. Income from real property | $ | **0.00** | $ | **0.00** |
| 9. Interest and dividends | $ | **0.00** | $ | **0.00** |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | **0.00** | $ | **0.00** |
| 11. Social security or government assistance<br>(Specify): | $ | **0.00** | $ | **0.00** |
| | $ | **0.00** | $ | **0.00** |
| 12. Pension or retirement income | $ | **0.00** | $ | **0.00** |
| 13. Other monthly income<br>(Specify):   **Unemployment Compensation** | $ | **1,401.00** | $ | **0.00** |
| | $ | **0.00** | $ | **0.00** |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ | **1,401.00** | $ | **0.00** |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ | **4,488.00** | $ | **2,555.00** |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | | $ | **7,043.00** | |

(Report also on Summary of Schedules and, if applicable, on
Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

B6J (Official Form 6J) (12/07)

In re  **Kevin R Harn** _____     Case No. _____

                                                Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

      Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐  Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | | $ 2,170.05 |
|    a. Are real estate taxes included? | Yes ___    No **X** | |
|    b. Is property insurance included? | Yes ___    No **X** | |
| 2. Utilities:    a. Electricity and heating fuel | | $ 450.00 |
|            b. Water and sewer | | $ 40.00 |
|            c. Telephone | | $ 0.00 |
|            d. Other **See Detailed Expense Attachment** | | $ 185.00 |
| 3. Home maintenance (repairs and upkeep) | | $ 50.00 |
| 4. Food | | $ 600.00 |
| 5. Clothing | | $ 150.00 |
| 6. Laundry and dry cleaning | | $ 10.00 |
| 7. Medical and dental expenses | | $ 300.00 |
| 8. Transportation (not including car payments) | | $ 600.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | | $ 100.00 |
| 10. Charitable contributions | | $ 75.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
|            a. Homeowner's or renter's | | $ 125.00 |
|            b. Life | | $ 0.00 |
|            c. Health | | $ 0.00 |
|            d. Auto | | $ 217.00 |
|            e. Other | | $ 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
|    (Specify) **Property taxes** | | $ 890.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
|            a. Auto | | $ 371.72 |
|            b. Other **See Detailed Expense Attachment** | | $ 1,354.92 |
| 14. Alimony, maintenance, and support paid to others | | $ 0.00 |
| 15. Payments for support of additional dependents not living at your home | | $ 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | | $ 0.00 |
| 17. Other **See Detailed Expense Attachment** | | $ 350.00 |

| | |
|---|---:|
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ 8,038.69 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

_____

20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|---:|
| a. | Average monthly income from Line 15 of Schedule I | $ 7,043.00 |
| b. | Average monthly expenses from Line 18 above | $ 8,038.69 |
| c. | Monthly net income (a. minus b.) | $ -995.69 |

**B6J (Official Form 6J) (12/07)**

In re   **Kevin R Harn**                                                     Case No.
_____
Debtor(s)

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)
### Detailed Expense Attachment

**Other Utility Expenditures:**

| | | |
|---|---|---:|
| telephone & internet | $ | 77.00 |
| direct tv | $ | 108.00 |
| **Total Other Utility Expenditures** | $ | **185.00** |

**Other Installment Payments:**

| | | |
|---|---|---:|
| 2nd auto | $ | 316.00 |
| 3rd atuo | $ | 152.00 |
| spouse's parent loan | $ | 1.00 |
| spouse's credit card | $ | 500.00 |
| school tuition (parochial school) | $ | 385.92 |
| **Total Other Installment Payments** | $ | **1,354.92** |

**Other Expenditures:**

| | | |
|---|---|---:|
| school fees, activites, lunches, etc | $ | 100.00 |
| hair care, etc | $ | 150.00 |
| misc personal | $ | 100.00 |
| **Total Other Expenditures** | $ | **350.00** |

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Kevin R Harn**                                                    Case No.

                                          Debtor(s)            Chapter    **7**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of   **40**   sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **November 30, 2012**                    Signature   **/s/ Kevin R Harn**

                                                            **Kevin R Harn**
                                                            Debtor

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B7 (Official Form 7) (04/10)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Kevin R Harn**

_____

Debtor(s)

Case No. _____

Chapter    **7**

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$995.00** | **2012 CRP payment** |
| **$92,429.00** | **2010 Gross Wages (from joint income tax return)** |
| **$7,650.00** | **2010 Rental Income (from joint income tax return)** |
| **$1,990.00** | **2010 Gross Farm Rental Income (from joint income tax return)** |
| **$1,372,284.00** | **2010 Domestic Production Gross Receipts (Harn Construction Co.)** |
| **$79,782.00** | **2011 Gross Wages (from joint income tax return)** |
| **$3,200.00** | **2011 Rental Income (from joint income tax return)** |
| **$2,026.00** | **2011 Gross Farm Rental Income (from joint income tax return)** |
| **$611,749.00** | **2011 Domestic Production Gross Receipts (Harn Construction Co.)** |
| **$5,778.01** | **2012 YTD Gross Wages (Debtor)** |

**2. Income other than from employment or operation of business**

None
☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$90,012.00** | **2010 IRA Distributions** |
| **$266.00** | **2011 Dividends Paid (from joint income tax return)** |
| **$17,329.00** | **2012 YTD Unemployment Compensation (Debtor)** |

**3. Payments to creditors**

None
■

*Complete a. or b., as appropriate, and c.*

a.   *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
■

b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None
■

c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **State Bank v. Harn Construction Company, Kevin R. Harn, and Alan R. Harn, Case No. 12-L-36** | **Collection** | **Stephenson County IL Circuit Court** | **Pending** |
| **Northwest Bank v. Kevin R. Harn, et.al. Case No. 12-CH-139** | **Foreclosure** | **Stephenson County IL Circuit Court** | **Pending** |

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

None
■
b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5. Repossessions, foreclosures and returns**

None
■
List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**6. Assignments and receiverships**

None
■
a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
■
b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

**7. Gifts**

None
■
List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

**8. Losses**

None
■
List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

Software Copyright (c) 1996-2012 CCH INCORPORATED - www.bestcase.com

4

**9.  Payments related to debt counseling or bankruptcy**

None  
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Bernard J. Natale, Ltd**<br>**6833 Stalter Dr., Suite 201**<br>**Rockford, IL 61108** | **Oct/Nov 2012** | **$3,000.00 plus costs** |

**10.  Other transfers**

None  
☐

a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **State Bank of Freeport**<br>**1713 S. Dirck Drive**<br>**Freeport, IL 61032**<br>**None** | **06/2012** | **Deed in lieu of foreclosure for 3143 Business Route 20 West, Freeport, IL** |
| **State Bank of Freeport**<br>**1713 S. Dirck Drive**<br>**Freeport, IL 61032**<br>**None** | **12/2012** | **Surrendered title to jointly owned boat trailer whick bank sold at public auction of Harn Construction Company assets.  Trailer purchased for $50 by Michael Harn, brother, who has possession of title but has not yet transfered title.** |

None  
■

b.  List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11.  Closed financial accounts**

None  
☐

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **State Bank of Freeport**<br>**1713 S. Dirck Drive**<br>**Freeport, IL 61032** | **Joint checking with brother, Alan Harn** | **$205** |

**12. Safe deposit boxes**

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None
■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15. Prior address of debtor**

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

6

None
■    b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous
Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■    c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which
the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the
docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

---

**18 . Nature, location and name of business**

None
☐    a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and
ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a
partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years**
immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities
within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and
ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six
years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and
ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six
years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Harn Construction Company** | 36-3905203 | **4532 N Flansburg Road Lena, IL 61048** | **Construction** | **1993 - 12/31/2011** |
| **In Depth Excavating, LLC** | 20-1281268 | **1471 W Becker School Road Freeport, IL 61032** | **Excavating** | **06/2004 - 06/2006** |
| **Freeport Rentals, LLC** | 27-2783159 | | **Equipment Rentals** | **05/2010 -** |
| **Kilt Lifter, LLC** | 8292 | **4532 N Flansburg Road Lena, IL 61048** | **1/3 ownership interest in Full Tilt, LLC (restaurant franchises)** | **2009 -** |
| **Harn & David General Partnership** | 8292 | **4532 N Flansburg Road Lena, IL 61048** | **MN cabin** | **2007 -** |

None
■    b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has
been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or
owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole
proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above,
within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go
directly to the signature page.)*

**19. Books, records and financial statements**

None
■
a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
| --- | --- |

None
■
b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
| --- | --- | --- |

None
■
c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
| --- | --- |

None
■
d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
| --- | --- |

**20. Inventories**

None
■
a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
| --- | --- | --- |

None
■
b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
| --- | --- |

**21 . Current Partners, Officers, Directors and Shareholders**

None
■
a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
| --- | --- | --- |

None
■
b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
| --- | --- | --- |

**22 . Former partners, officers, directors and shareholders**

None
■
a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
| --- | --- | --- |

None
■
b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
| --- | --- | --- |

8

### 23 . Withdrawals from a partnership or distributions by a corporation

None ■    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

NAME & ADDRESS
OF RECIPIENT,
RELATIONSHIP TO DEBTOR

DATE AND PURPOSE
OF WITHDRAWAL

AMOUNT OF MONEY
OR DESCRIPTION AND
VALUE OF PROPERTY

### 24. Tax Consolidation Group.

None ■    If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION                                              TAXPAYER IDENTIFICATION NUMBER (EIN)

### 25. Pension Funds.

None ■    If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                              TAXPAYER IDENTIFICATION NUMBER (EIN)

9

**DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR**

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date   **November 30, 2012**                    Signature   **/s/ Kevin R Harn**

                                                                 **Kevin R Harn**

                                                                 Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Kevin R Harn** _____     Case No. _____
                                        Debtor(s)           Chapter    **7** _____

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate.  Attach additional pages if necessary.)

| Property No. 1 | |
|---|---|
| **Creditor's Name:**<br>**Ally** | **Describe Property Securing Debt:**<br>**2011 Chevy Equinox** |

Property will be (check one):
☐ Surrendered                    ■ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
■ Reaffirm the debt
☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
■ Claimed as Exempt                    ☐ Not claimed as exempt

| Property No. 2 | |
|---|---|
| **Creditor's Name:**<br>**Chase Auto Finance** | **Describe Property Securing Debt:**<br>**2007 Chevy Silverado** |

Property will be (check one):
☐ Surrendered                    ■ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
■ Reaffirm the debt
☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
■ Claimed as Exempt                    ☐ Not claimed as exempt

B8 (Form 8) (12/08)                                                                                                    Page 2

| Property No. 3 | |
| --- | --- |
| **Creditor's Name:**<br>**Northwest Bank of Rockford** | **Describe Property Securing Debt:**<br>**Location: 44532 N Flansburg Rd, Lena IL 61048** |

Property will be (check one):
- ■ Surrendered          □ Retained

If retaining the property, I intend to (check at least one):
- □ Redeem the property
- □ Reaffirm the debt
- □ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- ■ Claimed as Exempt          □ Not claimed as exempt

| Property No. 4 | |
| --- | --- |
| **Creditor's Name:**<br>**Northwest Bank of Rockford** | **Describe Property Securing Debt:**<br>**9976 Battlepoint Trail NW**<br>**Federal Dam, MN 56641**<br><br>**Tenants in common with Randy & Joyce David @ 50%, Alan & Rowan Harn @ 25%, Kevin and Julie Harn @ 25%** |

Property will be (check one):
- ■ Surrendered          □ Retained

If retaining the property, I intend to (check at least one):
- □ Redeem the property
- □ Reaffirm the debt
- □ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- □ Claimed as Exempt          ■ Not claimed as exempt

| Property No. 5 | |
| --- | --- |
| **Creditor's Name:**<br>**State Bank of Freeport** | **Describe Property Securing Debt:**<br>**Location: 44532 N Flansburg Rd, Lena IL 61048 (Note balance @ $433,000 but mortgage may not exceed 107,000)** |

Property will be (check one):
- ■ Surrendered          □ Retained

If retaining the property, I intend to (check at least one):
- □ Redeem the property
- □ Reaffirm the debt
- □ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- ■ Claimed as Exempt          □ Not claimed as exempt

B8 (Form 8) (12/08)

| Property No. 6 | |
|---|---|
| **Creditor's Name:**<br>**State Bank of Freeport** | **Describe Property Securing Debt:**<br>**9976 Battlepoint Trail NW**<br>**Federal Dam, MN 56641**<br><br>**Tenants in common with Randy & Joyce David @ 50%, Alan & Rowan Harn @ 25%, Kevin and Julie Harn @ 25%** |

Property will be (check one):
- ■ Surrendered            □ Retained

If retaining the property, I intend to (check at least one):
- □ Redeem the property
- □ Reaffirm the debt
- □ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- □ Claimed as Exempt            ■ Not claimed as exempt

| Property No. 7 | |
|---|---|
| **Creditor's Name:**<br>**State Bank of Freeport** | **Describe Property Securing Debt:**<br>**2000 Buick LaSabre** |

Property will be (check one):
- □ Surrendered            ■ Retained

If retaining the property, I intend to (check at least one):
- □ Redeem the property
- ■ Reaffirm the debt
- □ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- ■ Claimed as Exempt            □ Not claimed as exempt

B8 (Form 8) (12/08)                                                                                      Page 4

| Property No. 8 | |
|---|---|
| **Creditor's Name:**<br>**Stephenson County Treasurer** | **Describe Property Securing Debt:**<br>**Location: 44532 N Flansburg Rd, Lena IL 61048** |

Property will be (check one):

■ Surrendered                    ☐ Retained

If retaining the property, I intend to (check at least one):
  ☐ Redeem the property
  ☐ Reaffirm the debt
  ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
  ■ Claimed as Exempt                    ☐ Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>**-NONE-** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐  YES          ☐  NO |

B8 (Form 8) (12/08)                                                                                          Page 5

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date  **November 30, 2012**                    Signature   **/s/ Kevin R Harn**

                                                            **Kevin R Harn**
                                                            Debtor

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Kevin R Harn**

                      Debtor(s)

Case No.

Chapter    **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | | |
   |---|---|---|
   | For legal services, I have agreed to accept | $ | 3,000.00 |
   | Prior to the filing of this statement I have received | $ | 3,000.00 |
   | Balance Due | $ | 0.00 |

2. $  **306.00**  of the filing fee has been paid.

3. The source of the compensation paid to me was:

   ☑ Debtor     ☐ Other (specify):

4. The source of compensation to be paid to me is:

   ☑ Debtor     ☐ Other (specify):

5. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
   e. [Other provisions as needed]

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:   **November 30, 2012**

**/s/ Bernard J. Natale**
**Bernard J. Natale 2018683**
**Bernard J. Natale, Ltd**
**6833 Stalter Dr., Suite 201**
**Rockford, IL 61108**
**(815) 964-4700   Fax: (815) 316-4646**
**natalelaw@bjnatalelaw.com**

---

## Chapter 7 Bankruptcy Fee Agreement

Federal law requires the execution of a written agreement between attorney and client(s) for Bankruptcy representation. Signing this agreement shall engage the services of **Bernard J. Natale, Ltd.**, hereinafter "**Attorney**" for Bankruptcy representation pursuant to Title 11, United States Code.

*Whereas* KEVIN R. ~~and JULIE M. HARN~~ desire(s) to engage the services of **Attorney** to represent client's(s') interest in connection with Bankruptcy Proceedings, to be filed within four (4) months of this Agreement, **Attorney** and client(s) do hereby agree:

1. ☑ Client shall pay to **Attorney** for the services described below in paragraph 2, the base fee of **$3,000** plus costs of **$306**, prior to case filing.

2. ☑ The **Attorney** base fee shall include services rendered *pre-petition* as follows: **Attorney** shall interview client(s), analyze, prepare and file a Chapter 7 Bankruptcy Petition and appear at the first meeting of creditors held pursuant to 11 U.S.C. 341. **Attorney** shall further review and advise with respect to reaffirmation agreements. *Whether or not a Chapter 7 bankruptcy petition is filed, all fees paid are not refundable*.

3. ☑ Any other services provided by **Attorney** deemed necessary and incidental to the bankruptcy proceeding shall be considered *post-petition* services not contemplated by the fee agreed to in paragraph 1. The base fee does not include preparation of amendments to Bankruptcy Schedules, including, but not limited to, amended schedules to add creditors not listed in the original petition. These services will be billed at **Attorney**'s hourly rate plus cost of Court filing fees.

4. ☑ The base fee does not include representation in any *post-petition* services which may occur, including, but not limited to, court appearances for dischargeability issues, judicial lien avoidances, relief from stay actions, or any adversary proceedings. These services will be billed at **Attorney**'s hourly rate plus cost of Court filing fees, client will be billed and, by signature below, agrees to pay, *post-petition*.

5. ☑ The failure of client to pay for *post-petition* services when the same become due and payable, as set forth above, shall constitute cause for **Attorney** to withdraw as attorney of record and cease all further services to client. Any withdrawal as attorney for client shall not be deemed a waiver of fees due and payable. *Client agrees to pay all reasonable costs of collection of any unpaid fees and costs, including reasonable attorney fees incurred in collection.*

6. ☑ By executing this agreement, client(s) agree(s) that they have had an opportunity to discuss the agreement with **Attorney**, have asked any questions that have arisen, and received understandable explanations for the questions, and are fully aware of the information contained herein.

7. ☐ If the Debtor is any entity other than individuals, those individuals signing this contract on behalf of Debtor as client, do hereby personally guarantee payment of fees.

CLIENT _____   Date: 10/23/18

BERNARD J. NATALE, LTD.

By: _____

CLIENT _____   Date: _____

B 201A (Form 201A) (11/12)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

## NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $46 administrative fee, $15 trustee surcharge: Total Fee $306)

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $46 administrative fee: Total fee $281)

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over

a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

       Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

       After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1,167 filing fee, $46 administrative fee: Total fee $1,213)

       Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $46 administrative fee: Total fee $246)

       Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13.  The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

       A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.  The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

B 201B (Form 201B) (12/09)

# United States Bankruptcy Court
### Northern District of Illinois

In re   **Kevin R Harn** _____   Case No. _____
                                    Debtor(s)          Chapter   **7** _____

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

**Kevin R Harn** _____   X **/s/ Kevin R Harn**          **November 30, 2012**
Printed Name(s) of Debtor(s)                Signature of Debtor            Date

Case No. (if known) _____   X _____
                                              Signature of Joint Debtor (if any)   Date

---

**Instructions:** Attach a copy of Form B 201 A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Kevin R Harn** _____    Case No. _____
                                          Debtor(s)    Chapter    **7** _____

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: _____ **89**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:    **November 30, 2012** _____        **/s/ Kevin R Harn** _____
                                                      **Kevin R Harn**
                                                      Signature of Debtor

Aero Computing, Inc.
120 E. Clark Street
Freeport, IL 61032

.

Alan & Rowan Harn
1471 W Becker School Rd
Freeport, IL 61032

Alber Towing & Recovery
Auto Service Center
128 E. Douglas Street
Freeport, IL 61032

Allied
PO Box 10479
Des Moines, IA 50391-2176

Ally
PO Box 9001951
Louisville, KY 40290-1951

Attorney Tim Horning
3400 N Rockton Ave
Rockford, IL 61103

BAC Local 06 Illinois
661 Southrock Drive
Rockford, IL 61102

Barcol Door Company, Inc.
5902 Material Ave
P.O. Box 2577
Loves Park, IL 61111

Best Specialties, Inc.
11811 W. Dixon Street
Milwaukee, WI 53214

Billy Shroyer, Jr
924 Woodside Drive
Freeport, IL 61032

Bobcat of Rockford
5902 Material Road
Cherry Valley, IL 61016

Bricklayers Int'l Pension Fund
620 F Street NW
Dept 237
Washington, DC 20004

Cabela's Club Visa
World Foremost Bank
PO Box 82619
Lincoln, NE 68501-2519

Capital One
P.O. Box 30285
Salt Lake City, UT 84130-0285

Carpenters Benefit Funds of IL
PO Box 4001
Geneva, IL 60134-4001

CedarCliff Components, LLC
3310 Rt 26 South
Freeport, IL 61032

Chase Auto Finance
PO Box 9001801
Louisville, KY 40290-1801

Chase Disney Rewards
P.O. Box 15153
Wilmington, DE 19886-5153

Chase United Mileage Plus
Cardmember Service
PO Box 15153
Wilmington, DE 19886-5153

ComEd
3 Lincoln Center
Attn:  Bkcy Group-Claims Department
Oakbrook Terrace, IL 60181

Commonwealth Edison
Attn:  Bankruptcy Department
2100 Swift Drive
Oak Brook, IL 60523

Construction Industry Welf Funds
PO Box 71031
Chicago, IL 60694-1031

ContrAcct Systems Corporation
208 N. Washington Street
Naperville, IL 60540-4514

Convey-All Materials, Inc.
PO Box 417
Byron, IL 61010

Davis Lumber
PO Box 190
Scales Mound, IL 61075

Discover Financial Services
PO Box 6103
Carol Stream, IL 60197-6103

Equipment Depot of Illinois
Department 6059
Carol Stream, IL 60122-6059

Erie Insurance Exchange
100 Erie Insurance Place
Erie, PA 16530

Executive Plaster
7707 Forest Hills Road
Loves Park, IL 61111

Fastenal Company
PO Box 978
Winona, MN 55987-0978

FHN Memorial Hospital
Central Business Office
PO Box 857
Freeport, IL 61032

IW #498 Central Deposited
Dept 899001
Milwaukee, WI 53259-0912

MasterCard Business Card
Cardmember Service
PO Box 790408
Saint Louis, MO 63179-0408

FHN Physician Services
PO Box 268
Freeport, IL 61032

IW #498 Health & Welfare Fund
c/o Mutual Medical of Rockford
5640 Sockness Drive
Rockford, IL 61109

McMahon Associates, Inc.
1700 Hutchins Road
Machesney Park, IL 61115

FNH Ready Mix, Inc.
PO Box 747
Freeport, IL 61032

IW #498 JATC
5640 Sockness Drive
Rockford, IL 61109

Menards
Lincoln Mall
W. Galena Avenue
Freeport, IL 61032

Freeport Health Network
Central Business Office
PO Box 268
Freeport, IL 61032

IW Local #498
5640 Sockness Drive
Rockford, IL 61109

Mid-America Pension - Local #498
2350 E. 170th Street
Lansing, IL 60438

Freeport Truck
1676 S. Baileyville Road
Freeport, IL 61032

Julie Harn
4532 N Flansburg Rd
Lena, IL 61048

Midwest Diesel Repair, LLC
1331 Robert Drive
Freeport, IL 61032

Frontier
P.O. Box 2951
Phoenix, AZ 85062

Laborer's Int'l Union
112 South Street
Utica, NY 13501

MIdwest Heavy Truck Repair, Inc.
11584 W. Grove Road
Forreston, IL 61030-9620

Full Tilt, LLC
1 Mitek Plaza
Winslow, IL 61089

Litgen Concrete Cutting & Coring Co
1020 Nerge Road
Elk Grove Village, IL 60007

Mitek Corporation
One Mitek Plaza
Winslow, IL 61089

Harn Construction Company
4532 Flansburg Road
Lena, IL 61048

Loescher Heating and AC, FBE
1860 S. Walnut Avenue
Freeport, IL 61032

Montgomery Trucking Inc.
PO Box 6081
Galena, IL 61036-6081

Hilti, Inc.
PO Box 382002
Pittsburgh, PA 15250-8002

Loescher Heating and Air Condition
1860 S. Walnut Avenue
Freeport, IL 61032

Moring, Inc.
12705 N. Mount Vernon Road
Baileyville, IL 61007-9727

HSBC Customer Center
PO Box 80082
Salinas, CA 93912-0082

Loyd Ivey
1 Mitek Plaza
Winslow, IL 61089

N. Central IL Laborers' Health
PO Box 9090
Peoria, IL 61612-9090

Napa Auto Parts - Dixon
713 N. Galena Avenue
Dixon, IL 61021

Rockford Industrial Welding Supply
4646 Linden Road
PO Box 5404
Rockford, IL 61125-0404

Stephenson County Treasurer
15 N. Galena Avenue
Freeport, IL 61032

Napa Auto Parts - Freeport
PO Box 5066
Rockford, IL 61125-0066

Rogers Ready-Mix & Materials
5510 S. Mulford Road
Rockford, IL 61109

Stephenson Service Company
410 S. Hancock Avenue
PO Box 917
Freeport, IL 61032

Nexus Office Systems
898 Featherstone Road
Rockford, IL 61107-5908

Ruhl & Ruhl, Inc.
700 Putnam Building
215 N. Main Street
Davenport, IA 52801

Sterling Commercial Roofing
PO Box 502
Sterling, IL 61081

Northwest Bank of Rockford
3106 N. Rockton
Rockford, IL 61103

Security Builders Supply
10 Stone Hill Road
PO Box 910
Oswego, IL 60543

T.D. Kurtz Glass
1101 First Avenue
Rock Falls, IL 61071

O'Reilly Automotive
P.O. Box 790098
St. Louis, MO 63179

Slumberland Furniture
Wells Fargo Financial
PO Box 10475
Des Moines, IA 50306

Tilted Kilt Franchise Operations
664 W. Warner Road
Tempe, AZ 85284

OLDSUP, LLC
270 S. Limestone
Lexington, KY 40508

Spahn & Rose Lumber Co.
419 S. Main Street
Pearl City, IL 61062

TK Louisville, LLC
1 Mitek Plaza
Winslow, IL 61089

OPCMIA #11
1102 Rail Drive
Woodstock, IL 60098

Spahn & Rose Lumber Co.
1101 Jackson Street
Dubuque, IA 52001

Top Block and Brick
84 Frentress Lake Road
East Dubuque, IL 61025

Randy & Joyce David
25 Kesey Court
Algonquin, IL

State Bank Cardmember Service
PO Box 790408
Saint Louis, MO 63179-0408

United Collection Bureau, Inc.
5620 Southwyck Blvd. - Suite 206
Toledo, OH 43614

Rock River Ready Mix
2320 S. Galena Avenue
Dixon, IL 61021-9608

State Bank of Freeport
1713 S. Dirck Drive
Freeport, IL 61032

Visa Platinum Business Card
PO Box 790408
Saint Louis, MO 63179-0408

Rockford Cement Products
315 Peoples Avenue
Rockford, IL 61104

State Bank of Freeport
c/o Anthony V. Coon
10 N. Galena Avenue, Suite 210
Freeport, IL 61032